DORIS KUKIN Donor, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.
Kukin v. Comm'r
Docket No. 15050-97
United States Tax Court
1998 Tax Ct. Memo LEXIS 466; June 8, 1998, Filed *466 Counsel for Petitioner: JEFFREY H. SCHECHTER, COLE, SCHOTZ, MEISEL, ET AL., Hackensack, NJ.
WILLIAM F. HALLEY, Assistant District Counsel, Newark, New Jersey. James S. Halpern, Judge James S. Halpern
DECISION
Pursuant to the agreement of the parties in this case, it is
ORDERED and DECIDED: That there is no deficiency in gift tax due from, nor overpayment due to the petitioner for taxable year 1993.
* * * * * * * It is hereby stipulated that the Corut may enter the foregoing decision.
STUART L. BROWN
Chief Counsel
Internal Revenue Service
Dated: 5/25/98